**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| TAMRA FOERSTER, individually and on behalf of all others similarly situated, | Civil Case Number: 1:17-cv-01337-JEJ |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| FIRSTCOLLECT, INC. | |
| Defendants. | |

Plaintiff respectfully submits this Notice of Settlement to inform the Court that Plaintiff and Defendant have reached an agreement in principle and are in the process of finalizing the terms of the settlement and all required documentation.

Dated: May 16, 2018

                                      Respectfully Submitted,

                                      **GARIBIAN LAW OFFICES, P.C.**

                                      /s/ Antranig Garibian
                                      Antranig Garibian, Esquire (Bar No. 4962)
                                      1010 N. Bancroft Parkway, Suite 22
                                      Wilmington, DE 19805
                                      (302) 722-6885
                                      ag@garibianlaw.com
                                      *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

      Respectfully submitted,

      */s/ Antranig N. Garibian*____
      Antranig Garibian, Esq. (Bar No. 4962)
      Garibian Law Offices, P.C.
      1010 Bancroft Parkway, Suite 22
      Wilmington, DE 19805
      Telephone: 302-722-6885
      Email: ag@garibianlaw.com
      *Counsel for Plaintiff*